## Joseph CIAMPA, Petitioner,

v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 01–3061.

United States Court of Appeals,
Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

Joseph Ciampa moves to voluntarily dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.